**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge Alberto ZAMORA–LEON,**
**Defendant–Appellant.**

**No. 08–10464.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 7, 2010.

John Robert Lopez, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Taylor Shannon, Assistant Federal Public Defender, Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Jorge Alberto Zamora–Leon, Oakdale, LA, pro se.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Jorge Zamora–Leon appeals from his guilty-plea conviction and 30–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursu-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Zamora–Leon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Zamora–Leon has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Zamora–Leon's December 14, 2009 motion for appointment of counsel is denied.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**